UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR423-090 |
| | ) | |
| VICTOR R. MCMILLAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

Defendant Victor R. McMillar is indicted on two counts of possession of a firearm and ammunition by a prohibited person, in violation of 18 U.S.C. § 922(g)(1).  Doc. 3 (Indictment).  His counsel has filed a motion seeking approval to hire a DNA expert.  *See* doc. 39.  In addition to requesting approval of the expenditure, the Motion also requests an Order that the Government "preserve the evidence described" in the Motion and "that the time for any inspection, examination, and / or testing of such evidence be set at a reasonable time in advance of trial."  Doc. 39 at 4.  Since the Government's deadline to respond to those requests is pending, *see* doc. 37-1 at 1, the Court **DEFERS** ruling on those requests.  Doc. 39, in part.  For the reasons

1

explained below, the Court **GRANTS** the request to authorize the expenditure to retain the proposed expert. Doc. 39, in part.

Defendant's Motion states that "it is believed the government performed serology analysis (i.e., screening of evidence for bodily fluids) and DNA analysis (i.e., efforts to individualize bodily fluids to a specific person), the results of which allegedly incriminate McMillar." Doc. 39 at 1. He seeks to retain an expert who will "a) examine and advise regarding the government's collection, preservation, and testing of the serology and DNA samples that allegedly incriminate McMillar, b) examine and advise regarding the government's methods, protocols, procedure, testing, interpretations, opinions, finding and conclusions regarding the serology and DNA samples, c) test such serology and DNA samples if the need arises, and / or d) testify if the need arises." *Id.* at 2. He proposes to retain the services of Dr. Theodore D. Kessis, whose qualifications are provided on his company's website, at an hourly rate of $275.00, for an anticipated total expenditure of $2,750.00. *Id.*

The Criminal Justice Act (CJA) authorizes courts to approve expenditures for retention of defense experts, "[u]pon finding, after appropriate inquiry in an ex parte proceeding, that the services are

necessary and that the person is financially unable to obtain them . . . ." 18 U.S.C. § 3006A(e)(1). In that respect, "[t]he key balancing on a CJA request is concerned with the cost of the requested services in light of its reasonably expected benefit to the defendant. In other words, would a retained counsel representing an adequately financed defendant reasonably expend the client's monies for these services." *United States v. Salyer*, 2011 WL 1466887, at *10 (E.D. Cal. Apr. 18, 2011) (citation omitted). The CJA also establishes that such expenditures "shall not exceed $2,400, exclusive of reimbursement for expenses reasonably incurred, unless payment in excess of that limit is certified by the court . . . and the amount of the excess payment is approved by the chief judge of the circuit," or his designee. 18 U.S.C. § 3006A(e)(3). The maximum amount is adjustable, *see* 18 U.S.C. § 3006A(e)(5), but CJA regulations indicate that the limit currently stands at $2,800. *See* Criminal Justice Act Guidelines § 310.20.10, available at http://www.uscourts.gov/rules-policies/judiciary-policies/cja-guidelines/chapter-3-ss-310-general.

The Court is satisfied that the circumstances of the case are such that counsel representing "an adequately financed defendant [would] reasonably expend the client's monies" for additional investigative

3

services. *Salyer*, 2011 WL 1466887, at *10. McMillar's motion sufficiently explains how he plans to use Dr. Kessis' services to prepare for trial. Accordingly, the Court finds that good cause has been demonstrated and that expert services in an amount up to $2,800 are appropriate. Accordingly, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e), the Motion is **GRANTED**. Doc. 39, in part. Defendant is **AUTHORIZED** to expend no more than $2,800.00 to secure Kessis' services.

    **SO ORDERED,** this 30th day of November, 2023.

                              _____
                              CHRISTOPHER L. RAY
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF GEORGIA