UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CR423-090 |
| | ) | |
| VICTOR R. MCMILLAR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Per the Court's previous Order, *see* doc. 86, McMillar has filed a response to the United States' Second Notice of Intention to Use Evidence of Other Acts Pursuant to Rule 404(b), doc. 74. *See* doc. 91. The Court construes McMillar's response as a motion in limine. The United States is **DIRECTED** to respond to McMillar's motion in limine, doc. 91, no later than April 15, 2024.

Additionally, the parties indicated in their March 21, 2024 Joint Status Report that they did not request oral argument or an evidentiary hearing on the United States' Second Notice of Intention to Use Evidence of Other Acts Pursuant to Rule 404(b). *See* doc. 85 at 1. If either party wishes to have oral argument or an evidentiary hearing regarding

McMillar's motion in limine seeking to exclude the evidence described in the United States' Second Notice of Intention to Use Evidence of Other Acts Pursuant to Rule 404(b), doc. 91, they are **DIRECTED** to file a motion for a hearing no later than April 19, 2024.

    **SO ORDERED**, this 3rd day of April, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA